Tammy Tsoumas (S.B.N. 250487)
David I. Horowitz (S.B.N. 248414) (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
ttsoumas@kirkland.com
dhorowitz@kirkland.com

James R.P. Hileman (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jhileman@kirkland.com
diana.watral@kirkland.com

Attorneys for Plaintiff
ELI LILLY AND COMPANY

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AESTHETIC ENVY COSMETIC CENTERS LLC d/b/a AESTHETIC ENVY,<br><br>Defendant. | Case No.: 2:26-cv-02764-TLN-SCR<br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Eli Lilly and Company ("Lilly") hereby gives notice of the voluntary dismissal of the above-captioned action, in its entirety, with prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. To date, Defendant Aesthetic Envy Cosmetic Centers LLC d/b/a Aesthetic Envy has not served an answer or motion for summary judgment. Accordingly, this dismissal is effective upon the filing of this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 11, 2026

Respectfully submitted,

*/s/ Tammy Tsoumas*
Tammy Tsoumas (S.B.N. 250487)
David I. Horowitz (S.B.N. 248414) (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
ttsoumas@kirkland.com
dhorowitz@kirkland.com

James R.P. Hileman (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jhileman@kirkland.com
diana.watral@kirkland.com

Joshua L. Simmons (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

Chase Chesser (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, Tennessee 37201
Telephone: (629) 222-0131
Facsimile: (629) 222-0101
chase.chesser@kirkland.com
*Counsel for Plaintiff Eli Lilly and Company*